| DISTRICT COURT OF THE VIRGIN ISLANDS |
|:---:|
| DIVISION OF ST. CROIX |

**UNITED STATES OF AMERICA,**

                      **Plaintiff,**            2004-CV-0035

    v.

**MARIEL Y. FELIX,**

                      **Defendant.**

**TO:**    Angela P. Tyson-Floyd, Esq., AUSA
         Lydia D. Logie Molenaar, Esq.

### ORDER GRANTING PLAINTIFF'S MOTION TO LIFT STAY

THIS MATTER is before the Court upon the motion of the United States of America to lift the stay imposed due to the fact that defendant was a member of the class action suit, *Chiang, et al. v. Veneman*, Civil Action No. 2000/0004. The Court being aware that the *Chiang* matter has been resolved against the class members in a memorandum opinion and order of the Honorable Judge James T. Giles, it is now hereby **ORDERED**:

    1.    Plaintiff's Motion to Lift Stay (Docket No. 11) is **GRANTED**.

    2.    The stay imposed by Order (Docket No. 9), entered November 19. 2004, is **LIFTED**, and Plaintiff may proceed with the foreclosure of this matter.

*United States v. Felix*
2004-CV-0035
Order Granting Plaintiff's Motion to Lift Stay
Page 2

    3.    A status conference is scheduled in this matter for September 30, 2008, at 11:00 a.m.

ENTER:

Dated: August 29, 2008

/s/
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE